UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH K. GORE,<br><br>                    Petitioner,<br><br>          v.<br><br>STU SHERMAN, Warden,<br><br>                    Respondent. | No.  2:15-cv-1530 KJN P<br><br><br>ORDER |

      Petitioner proceeds, in forma pauperis and without counsel, with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On July 24, 2015, the undersigned filed findings and recommendations.  However, on July 30, 2015, petitioner consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  In light of petitioner's consent to the undersigned, the order directing the clerk to assign a district judge is vacated, and the clerk is directed to remove the district judge assignment.

      On August 17, 2015, petitioner filed objections to the findings and recommendations. Petitioner argues that the filing of the instant petition was delayed because he was unable to earlier locate Ms. Johnson, and contends that Ms. Johnson's statements confirm petitioner's alibi and version of events concerning the night of the crime, allegedly proving his actual innocence. Thus, petitioner contends he should be allowed to file a successive habeas petition.

1     However, as noted in the findings and recommendations, pursuant to 28 U.S.C.
§ 2244(b)(3), petitioner must file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider a second or successive application. Id.; ECF No. 4.  Petitioner previously filed an application for a writ of habeas corpus on February 27, 2008, which was denied on the merits on July 9, 2012.  Because petitioner previously filed an application for habeas corpus attacking the conviction and sentence challenged in this case, the instant application must be dismissed without prejudice to its re-filing upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that:

1. The order directing the clerk to assign a district judge (ECF No. 4) is vacated, and the clerk is directed to remove the district judge assignment.

2. This action is dismissed without prejudice; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  August 20, 2015

gore1530.804

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE